# OFFICE OF THE FEDERAL PUBLIC DEFENDER
# FOR THE NORTHERN DISTRICT OF NEW YORK



Syracuse Office

4 Clinton Square
3ʳᴰ FLOOR
SYRACUSE, NY 13202
(315) 701-0080
(315) 701-0081 FAX

Lisa Peebles
Federal Public Defender

Albany Office

54 State Street
STE 310
ALBANY, NY 12207
(518) 436-1850
FAX (518) 436-1780

Paul Evangelista
First Assistant

November 3, 2023

Honorable Thérèse Wiley Dancks
United States District Court
James M. Hanley Federal Building
100 S. Clinton St.
Syracuse, NY 13261

**RE:  UNITED STATES V. PATRICK DAI**
       **CASE NO. 3:23-MJ-0632 (TWD)**

Dear Judge Dancks,

   On November 1, 2023, Defendant appeared before your honor and waived his right to a timely detention hearing, while reserving his right to request one in the future. I am writing to request that a detention hearing be scheduled for Thursday, November 9, 2023 if that works with the Court's schedule.

   Thank you for your consideration.

                                             Respectfully,
                                             OFFICE OF FEDERAL PUBLIC DEFENDER

                                             By:  *s/Lisa A. Peebles, Esq.*
                                                  Federal Public Defender

cc.  Geoffrey J.L. Brown, AUSA (via CM/ECF)
    Michael D. Gadarian, AUSA (via CM/ECF)
    Stephen C. Green, AUSA (via CM/ECF)