UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

                 Plaintiff(s),         Case No. 3:23-MJ-632 (TWD)

-vs-

   PATRICK DAI,

                 Defendant(s).

_____

### REQUEST FOR TRANSCRIPT

TO: _____Jodi Hibbard_____, Court Reporter / Transcriber.

Notice is hereby given that an official transcript[1] of a proceeding has been requested of the following proceeding(s) / portion(s) of the proceeding(s):

Date of proceeding: 11/09/2023    Proceeding: Detention Hering
Date of proceeding: _____    Proceeding: _____
Date of proceeding: _____    Proceeding: _____

(Attach additional pages if necessary)

**Delivery time**:

- ◯ Ordinary Delivery (30 days after receipt of deposit)
- ● 14 Day Delivery (14 days after receipt of deposit)
- ◯ Expedited (7 days after receipt of deposit)[2]
- ◯ 3 Day (3 days after receipt of deposit)[2]
- ◯ Daily (Transcript to be delivered following adjournment and prior to the normal opening hour of the court on the following morning whether or not it is a court day)[2]
- ◯ Hourly (Transcript to be delivered within two (2) hours of filing of request)[2]
- ◯ Realtime (Unedited draft of transcript produced electronically during proceeding)

---

[1] Upon the filing of the official transcript with the Clerk of Court in a civil or criminal proceeding by the court reporter, the parties will have five (5) business days to file a Notice of Intent to Request Redaction. For additional information on the Court's Policy concerning redaction of transcripts please visit the Court website at www.nynd.uscourts.gov.

[2] CJA Counsel: Any requests for expedited or daily copy must be justified and preapproved by the presiding judge by filing a CJA-24 form in eVoucher and also on CM/ECF.

**Please note that if the Transcript request is for an appeal, the requestor must also file the appropriate transcript appeal forms that are available on the 2nd Circuit website at http://www.ca2.uscourts.gov.**

Signature:   Stephen C. Green_____
Attorney for   United States of America_____
NDNY Bar Roll #:   507767
Street Address: 100 South Clinton Street_____
City:  Syracuse_____
State: NY_____
Zip Code: \_\_\_\_13261\_
Email Address: stephen.green@usdoj.gov\_\_\_\_
Phone Number: 315-448-0672_____