UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA

    v.                                                              Case No. 3:23-MJ-0682 (TWD)

PATRICK DAI,

        Defendant.

_____

## **NOTICE OF APPEAL**

Notice is hereby given that the above-named Defendant hereby appeals to the United States District Court for the Northern District of New York from the Detention Order by U.S. Magistrate Judge Thérèse Wiley Dancks entered on November 9, 2023.

Dated: November 22, 2023

                                                                                       Respectfully submitted,

                                                                                      /s/ Lisa Peebles
                                                                                      Federal Public Defender
                                                                                      4 Clinton Square, 3rd Floor
                                                                                      Syracuse, New York 13202
                                                                                      (315) 701-0080